**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

FILED

JUN 02 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY ____________, DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **No. CR 26-250 SLP** |
| | ) | |
| **SHANE MICHAEL BURGESS,** | ) | **Violations: 21 U.S.C. § 841(a)(1)** |
| | ) | **21 U.S.C. § 841(b)(1)(C)** |
| **Defendant.** | ) | |

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT 1**
**(Distribution of a Controlled Substance Analogue Resulting in Death)**

On or about December 12, 2025, in the Western District of Oklahoma,

-------------------------------- **SHANE MICHAEL BURGESS** --------------------------------

unlawfully, knowingly, and intentionally distributed a quantity of a mixture and substance containing a detectable amount of N-Propionitrile Chlorphine (cychlorphine), a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813, and the use of such substance resulted in the death of J.S.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

ELIZABETH JOYNES
Assistant United States Attorney