Court

SLP

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐ Misdemeanor ☐ Felony ☑ USAO No.:________ Case No.: CR 26-250

Charging Document: Indictment No. of Defendants: 1 Total No. of Counts: 1 Sealed: Y ☑ N ☐

Forfeiture: Y ☐ N ☑ HSTF: Y ☐ N ☑ McGirt: Y ☐ N ☑ Warrant ☑ Summons ☐ Notice ☐

Companion Case No. (if any):________

By: MV

**DEFENDANT INFORMATION:**

| | | | |
|---|---|---|---|
| Name: SHANE MICHAEL BURGESS | | JUN 0 2 2026 | |
| Alias(es): | | Address: | |
| | | FBI No.: | |
| DOB: XX/XX/2001 | SSN: XXX-XX-7325 | Race: American Indian | Interpreter: Y ☐ N ☑ |
| Sex: M ☑ F ☐ | Juvenile: Y ☐ N ☑ | Language/Dialect: English | |

**DEFENDANT STATUS/RECOMMENDATION:**

| | |
|---|---|
| ☑ Not in Custody ☑ Detention Requested | |
| ☐ Type of Bond:________ | |
| ☐ In Custody at:________ | |
| Inmate/Prisoner/Register No.:________ | |

**PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

| | |
|---|---|
| Complaint: | Y ☐ N ☑ |
| Magistrate Judge Case No.: MJ- | |
| Previously Detained: | Y ☐ N ☑ |

**ATTORNEY/AGENCY INFORMATION:**

| | | |
|---|---|---|
| ☐ Public Defender | Name: | AUSA: Elizabeth Joynes |
| ☐ CJA Panel | Address: | Agent /Agency: DEA |
| ☐ Retained | Phone: | Agent Contact Info: |

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C) | Distribution of a Controlled Substance Analogue | NLT 20 years and up to life imprisonment; NMT $1,000,000.00 fine, or both; NLT 3 years and up to life S/R; $100.00 S/A |

**Signature of AUSA:** s/Elizabeth Joynes **Date:** 06/02/2026